# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TRACY MARIE GARTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-cv-00758 |
| ) | Chief Judge Crenshaw |
| BONNIE HOMMRICH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 80) in which the Magistrate Judge recommends that this lawsuit as to Evan Bohn, Cassandra Skinner, and Danielle Telkamp be dismissed and their Motion to Quash (Doc. No. 46) be granted. There being no objection to the Report and Recommendation, and the record showing that those Defendants have not been timely served as required by Rule 4(m), the Court, after *de novo* review, rules as follows:

(1) The Report and Recommendation (Doc. No. 80) is hereby **ACCEPTED** and **APPROVED**;

(2) The Motion to Quash (Doc. No. 46) is **GRANTED**; and

(3) The claims against Evan Bohn, Cassandra Skinner, and Danielle Telkamp are hereby **DISMISSED WITHOUT PREJUDICE**.

This matter is returned to the Magistrate Judge for further pretrial case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE