UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRACY MARIE GARTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-00758 |
| | ) | |
| BONNIE HOMMRICH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In a Report and Recommendation ("R&R") (Doc. No. 103) filed January 3, 2020, Magistrate Judge Newbern recommends that Tracy Marie Garth's claims against Defendants be dismissed without prejudice for failure to prosecute. No objections have been filed and, having reviewed the matter *de novo* in accordance with Fed. R. Civ. P. 72, the Court agrees with the recommended disposition. Accordingly, the R&R (Doc. No. 103) is **ADOPTED** and **APPROVED**, and Garth's claims are hereby **DISMISSED WITHOUT PREJUDICE.** Further, and as indicated in the R&R, Brandon Brown's Renewed Motion to Determine the Right to Control Claims for Minor Plaintiffs (Doc. No. 100) will be addressed separately by Magistrate Judge Newbern.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE